COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



HECTOR KALUAKINI,


 Appellant,


v.


ROBERTO CONTRERAS,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00317-CV



Appeal from the


168th District Court


of El Paso County, Texas


(TC# 2009-1291)


MEMORANDUM OPINION


 Pending before the Court is an agreed motion to dismiss this appeal pursuant to Tex. R. App.
P. 42.1(a)(2) because the parties have entered into a settlement agreement and have agreed that the
appeal should be dismissed. We grant the motion and dismiss the appeal. Costs of appeal will be
paid by the party incurring the same, according to the parties' agreement. See Tex. R. App. P. 
42.1(d).


 GUADALUPE RIVERA, Justice


May 19, 2010


Before Chew, C.J., McClure, and Rivera, JJ.